# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00066-CV

**Garland Walker and Walker Equipment Company, Appellants**

**v.**

**Sam Watson, Appellee**

### FROM THE DISTRICT COURT OF MILLS COUNTY, 35TH JUDICIAL DISTRICT
### NO. 03-08-5646, HONORABLE DONALD LANE, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellants Garland Walker and Walker Equipment Company have filed a motion to dismiss the appeal because the parties have settled the litigation. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellants' Motion

Filed: August 1, 2005